# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-1944
LT Case No. 2024-CF-000788-A

_____

WILLIAM WINSLOW,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Sumter County.
Mary Pavloff Hatcher, Judge.

Matthew J. Metz, Public Defender, and Edward J. Weiss,
Assistant Public Defender, Daytona Beach, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Samuel
Perrone, Assistant Attorney General, Daytona Beach, for
Appellee.

May 21, 2026

PER CURIAM.

    AFFIRMED.

JAY, C.J., and KILBANE and MACIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____